**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

MRC PERMIAN COMPANY,

       Plaintiff,

v.                                       No. 2:20-cv-0516 KRS/GJF

KAISER-FRANCIS OIL COMPANY,

       Defendant.

**ORDER SETTING TRIAL SCHEDULING CONFERENCE**

     **THIS MATTER** comes before the Court *sua sponte*.  Having reviewed the record, the Court will set a telephonic conference for **September 16, 2020 at 10:30 a.m.** to determine the scheduling and location of the trial and other significant pre-trial hearings.  The parties shall call **(888) 398-2342** and enter access code **8193818** to connect to the proceedings.

     **IT IS SO ORDERED.**

                             _____
                              KEVIN R. SWEAZEA
                              UNITED STATES MAGISTRATE JUDGE